IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK HALTIWANGER**
ADC #090474                                                                                                    **PLAINTIFF**

V.                              CASE NO.  4:23-cv-647 JM

**ROBERT WYATT, JR., Judge**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE